| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Richard Cousins | Telephone: | (313) 302-3400 |

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
   v.

Emmanuel James

Case: 2:26−mj−30162
Assigned To : Unassigned
Assign. Date : 3/26/2026
Description: CMP USA v James (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 25, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Cousins, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ March 26, 2026 ___

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Richard Cousins, being duly sworn, depose and state the following:

## I.      INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET") and am currently assigned to the Gun Violence Task Force "GVTF." The GVTF and CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan.

2.      As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or

other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4.      The ATF is currently conducting a criminal investigation concerning Emmanuel JAMES (DOB: XX/XX/2003), for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.      CRIMINAL HISTORY

5.      I reviewed records related to JAMES's criminal history and learned the following:

   a. On or about October 22, 2022, JAMES was charged with felony carrying a concealed weapon. On October 31, 2022, JAMES pleaded guilty as charged. On or about December 8, 2022, JAMES appeared in in the Third Judicial Circuit Court, Wayne County and was sentenced to probation;

   b. On or about September 25, 2024, JAMES was indicted by a federal grand jury for a violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm. On January 31, 2025, JAMES pleaded

2

guilty as charged in the United States District Court for the Eastern District of Michigan. On May 28, 2025, JAMES was sentenced to eight months' incarceration, followed by a term of supervised release. JAMES violated his supervised release, and on March 5, 2026, the court issued a warrant for his arrest.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on JAMES's multiple convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that JAMES is currently on federal supervised release, there is probable cause to believe that JAMES is aware of his status as a convicted felon.

## III. PROBABLE CAUSE

7. On March 25, 2026, at approximately 8:25 p.m., Detroit Police officers were dispatched to a market on West McNichols in Detroit for a report of an intoxicated man waiving a gun around in the store. Dispatch provided a description of the man as a "black male in a brown Gucci sweater."

8. Responding officers arrived at the location and saw JAMES wearing a brown Gucci sweater, standing in the doorway of the store. Upon seeing the officers, JAMES turned and ran back into the store. The officers chased JAMES

3

and saw a black handgun tucked into his pants. The officers caught up to JAMES and attempted to detain him; however, JAMES fought with the officers. An officer utilized their department-issued taser to subdue JAMES. The officers arrested JAMES and recovered a black Glock model 19 handgun from his waistband.

9.       On March 26, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Glock model 19 handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

**IV.      CONCLUSION**

10.      Probable cause exists to believe that on March 25, 2026, Emmanuel JAMES, a convicted felon aware of his felony conviction, knowingly possessed a firearm in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

Richard Cousins, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

Honorable Anthony P. Patti
United States Magistrate Judge            Dated:    March 26, 2026

4